**SET ASIDE AND REMANDED and Opinion Filed June 30, 2015.**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-15-00668-CV

### AMBER L. MORRISON, Appellant
### V.
### CHRISTOPHER M. FANSLER, Appellee

**On Appeal from the 95th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DC-13-08561**

## MEMORANDUM OPINION

Before Justices Bridges, Lang, and Schenck
Opinion by Justice Lang

Before the Court is the parties' agreed motion to dismiss. The parties have informed the Court that they have settled their differences. Accordingly, we grant the parties' motion. Pursuant to the parties' agreement, we set aside the trial court's judgment without regard to the merits and remand the case to the trial court for rendition of judgment in accordance with their agreement. *See* TEX. R. APP. P. 42.1(a)(2)(B).

/Douglas S. Lang/
DOUGLAS S. LANG
JUSTICE

150068F.P05



# Court of Appeals
# Fifth District of Texas at Dallas

## JUDGMENT

AMBER L. MORRISON, Appellant

No. 05-15-00668-CV      V.

CHRISTOPHER M. FANSLER, Appellee

On Appeal from the 95th Judicial District
Court, Dallas County, Texas.
Trial Court Cause No. DC-13-08561.
Opinion delivered by Justice Lang.  Justices
Bridges and Schenck, participating.

In accordance with this Court's opinion of this date, the trial court's judgment is **SET ASIDE** without regard to the merits and the case is **REMANDED** to the trial court for rendition of judgment in accordance with the parties' agreement.

Subject to any agreement between the parties, it is **ORDERED** that appellee CHRISTOPHER M. FANSLER recover his costs of this appeal from appellant AMBER L. MORRISON.

Judgment entered this 30th day of June, 2015.